# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RACHEL GINGERICH, individually and on behalf of all others similarly situated ) ) ) | Case No: 16-cv-10226 |
| Plaintiff ) ) | |
| v. ) ) | Judge Sharon J. Coleman<br>Magistrate Mary Rowland |
| DISCOVER FINANCIAL SERVICES INC. ) ) ) | |
| Defendant ) | |

## NOTICE OF MOTION

TO: Discovery Financial Services, Inc.
c/o CT Corporation System
208 S. LaSalle St, Suite 814
Chicago, IL 60604

PLEASE TAKE NOTICE that on November 9, 2016, at 8.45 am., we shall appear before the Honorable Judge Sharon J. Coleman United States District Court, Courtroom 1425, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which was filed on October 31, 2016 with the ECF system for the Northern District of Illinois.

Respectfully submitted,
s/ *Donald L. Sawyer*

Keith J. Keogh
Donald L. Sawyer
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Il. 60603
312.726.1092/312.726.1093 (fax)
DSawyer@keoghlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016, I electronically filed the foregoing notice and served the Notice and Motion to the parties listed above through US Mail.

s/ *Donald L. Sawyer*