# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Rachel Gingerich

| | |
|---|---|
| CASE NUMBER: | 16-cv-10226 |
| V. | |
| ASSIGNED JUDGE: | Sharon J. Coleman |
| Discover Financial Services, Inc. | |
| DESIGNATED MAGISTRATE JUDGE: | Mary M. Rowland |

TO: (Name and address of Defendant)

Discover Financial Services, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keogh Law, LTD
55 W. Monroe St., Suite 3390
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

November 2, 2016

_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _November 2, 2016_ |
| NAME OF SERVER *(PRINT)* _Matthew Seckel_ | TITLE _Paralegal_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: _CT Corporation_
_208 S. LaSalle St, Suite 814, Chicago IL 60604_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**Wolters Kluwer**

**Derrick Hackett**
Associate SOP Intake Specialist
CT Corporation
derrick.hackett@wolterskluwer.com

Phone 312 345 4336 ext 2304
Mobile 866 620 2899
www.wolterskluwer.com

208 S. LaSalle Street
Chicago, IL 60604

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _November 2, 2016_  _____
Date                                         Signature of Server

_55 W. Monroe St #3390 Chicago IL 60603_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.